No. 74–5711. O'BRIEN v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, 420 U. S. 1005;

No. 74–5812. SCHALL ET AL. v. UNITED STATES, 420 U. S. 993;

No. 74–5886. STRAWN v. UNITED STATES, 420 U. S. 1006; and

No. 74–6011. PORZUCZEK, GUARDIAN v. COUNTY OF SAN MATEO ET AL., 420 U. S. 1007. Petitions for rehearing denied.

No. 9, Orig. UNITED STATES v. LOUISIANA ET AL. (LOUISIANA BOUNDARY CASE), 420 U. S. 529. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.*

No. 74–97. DIAMOND ET AL. v. BLAND, SHERIFF, ET AL., 419 U. S. 885 and 1097. Motion for leave to file second petition for rehearing denied.

No. 74–893. THE SVENDBORG ET AL. v. MARINE ENGINE SPECIALTIES CORP., 420 U. S. 964;

No. 74–5407. MASSENGALE v. UNITED STATES, 419 U. S. 1091; and

No. 74–5981. KONJEVIC ET VIR v. FLORIDA DEPARTMENT OF PROFESSIONAL AND OCCUPATIONAL REGULATION, 420 U. S. 995. Motions for leave to file petitions for rehearing denied.

MAY 19, 1975

No. 74–1120. MURGIA v. MASSACHUSETTS BOARD OF RETIREMENT ET AL. Affirmed on appeal from D. C. Mass.

---

*See also note, *supra,* p. 956.